# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jennifer Baker and Jean Greenberg, as representatives of a class of similarly situated persons, and on behalf of the Investment-Incentive Plan for John Hancock Employees,<br><br>Plaintiffs,<br><br>v.<br><br>John Hancock Life Insurance Company (U.S.A.) and the John Hancock US Benefits Committee,<br><br>Defendants. | Case No. 1:20-cv-10397-GAO<br><br><br><br>**PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS, ADMINISTRATIVE EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS** |

PLEASE TAKE NOTICE that Plaintiffs Jennifer Baker and Jean Greenberg (together, "Plaintiffs"), will and hereby do move this Court for an Order awarding: (1) attorneys' fees to Class Counsel in the amount of $3,500,000 (25% of the $14 million Settlement Fund); (2) reimbursement of $38,475.13 in litigation costs and $85,087 in settlement administration expenses; and (3) service awards in the amount of $10,000 to each of the Plaintiffs as class representatives ($20,000 total).

This motion is scheduled to be heard at the time of the Fairness Hearing on September 29, 2021 at 2:00 p.m. in Courtroom 21 of the John Joseph Moakley U.S Courthouse, 1 Courthouse Way, Boston, Massachusetts. This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and Article VII of the Parties' Class Action Settlement Agreement (ECF No. 64-1), and is based on the accompanying Memorandum of Law and authorities cited therein; the Declarations of Kai Richter and Jason Leviton and the exhibits thereto; the declarations previously submitted by the Class Representatives (ECF Nos. 65-66); the Parties' Class Action Settlement Agreement; the Court's Preliminary Approval Order (ECF No. 67); and all files, records, and proceedings.

1

Defendants John Hancock Life Insurance Company (U.S.A.) and the John Hancock US Benefits Committee do not oppose this motion.

| | |
|---|---|
| Dated:  August 25, 2021 | **NICHOLS KASTER, PLLP** |
| | By: /s/ Kai H. Richter <br> Kai H. Richter, MN Bar No. 0296545* <br> Paul J. Lukas, MN Bar No. 022084X* <br> Brock J. Specht, MN Bar No. 0388343* <br> Jacob T. Schutz, MN Bar No. 0395648* <br>         * *admitted pro hac vice* <br> 4700 IDS Center <br> 80 S 8th Street <br> Minneapolis, MN 55402 <br> Telephone: 612-256-3200 <br> Facsimile: 612-338-4878 <br> lukas@nka.com <br> krichter@nka.com <br> bspecht@nka.com <br> jschutz@nka.com |
| | **BLOCK & LEVITON LLP** <br> Jason M. Leviton (BBO #678331) <br> BLOCK & LEVITON LLP <br> 260 Franklin Street, Ste. 1860 <br> Boston, Massachusetts 02110 <br> (617) 398-5600 <br> jason@blockesq.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2021, a true and correct copy of the foregoing *Plaintiffs' Motion for Approval of Attorneys' Fees And Costs, Administrative Expenses, and Class Representative Service Awards* was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                        /s/ Kai H. Richter
                        Kai H. Richter