UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jennifer Baker and Jean Greenberg, as representatives of a class of similarly situated persons, and on behalf of the Investment-Incentive Plan for John Hancock Employees,<br><br>Plaintiffs,<br><br>v.<br><br>John Hancock Life Insurance Company (U.S.A.) and the John Hancock US Benefits Committee,<br><br>Defendants. | Case No. 1:20-cv-10397-RGS |

### [~~PROPOSED~~] ORDER ON PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS, ADMINISTRATIVE EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS

This matter came before the Court on a Fairness Hearing on September 29, 2021. During the Fairness Hearing, the Court considered, among other things, Plaintiffs' Motion for Approval of Attorneys' Fees and Costs, Administrative Expenses, and Class Representative Service Awards. This motion is unopposed by Defendants. Having considered the motion papers, the proposed Class Action Settlement Agreement which the Court preliminarily approved on June 2, 2021 and has now finally approved, the arguments of counsel, and all files, records, and proceedings in this action, and otherwise being fully informed in the premises as to the facts and the law,

**It is hereby ORDERED as follows:**

1. Class Counsel's request for an award of $3,500,000 in attorneys' fees is approved. Having reviewed Class Counsel's application and all applicable legal authorities, the Court finds the requested amount of fees (one-fourth of the $14 million Settlement Fund) to be reasonable and appropriate.

1

2. Class Counsel's request for litigation expenses in the amount of $38,475.13 and settlement administration expenses in the amount of $85,087 is approved. The Court has reviewed these expenses and finds that they are reasonable and appropriate given the nature of this action.

3. Plaintiffs' request for class representative service awards in the amount of $10,000 each ($20,000 total) to Plaintiffs Jennifer Baker and Jean Greenberg is approved. The Court finds these awards to be justified under the facts of this case and consistent with applicable legal authorities.

**IT IS SO ORDERED.**

Dated: 9-30-21

Richard G. Stearns
United States District Judge